DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERRANCE SPIVEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-1532

[March 15, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Dan L. Vaughn, Judge; L.T. Case No. 472014CF000477B.

Terrance Spivey, Jasper, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Luke Napodano, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*